# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Christopher Francis Dispensa

## DEFENDANTS
ALL ELITE WRESTLING and Jonathan David Good, a.k.a. "Jon Moxley"

**(b)** County of Residence of First Listed Plaintiff: Osceola, Florida
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
RAITT LAW PLLC
2000 Town Center, Suite 1300
Southfield, MI 48075 (248)

Attorneys *(If Known)*
SEWARD HENDERSON PLLC
210 East Third Street, Suite 212
Royal Oak, MI 48067 (248) 733-3580

County in which action arose: Wayne

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [x] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [x] 2 | [x] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [x] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1332 and 28 U.S.C. § 1441

Brief description of cause:
Notice of Removal of Action based on diversity of Defendants' state residences

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
- **DEMAND $** 215,000.00
- CHECK YES only if demanded in complaint:
- **JURY DEMAND:** [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY *(See instructions)*:
JUDGE: _____    DOCKET NUMBER: _____

DATE: July 3, 2025
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :

STATE OF MICHIGAN
IN THE THIRD CIRCUIT COURT FOR WAYNE COUNTY

| | |
|---|---|
| **CHRISTOPHER FRANCIS DISPENSA,**<br><br>       Plaintiff,<br>v.<br><br>**ALL ELITE WRESTLING,**<br>a Florida corporation, and<br>**JONATHAN DAVID GOOD,**<br>a.k.a. **"JON MOXLEY"**,<br>an individual;<br>jointly and severally,<br><br>       Defendants. | Case No. 25-008288-NO<br>Hon. Catherine L. Heise |

| | |
|---|---|
| **RAITT LAW, PLLC**<br>By:   Thomas W. James (P68563)<br>         Robert M. Raitt (P47017)<br>*Attorneys for Plaintiff*<br>2000 Town Center, Suite 1300<br>Southfield, MI 48075<br>P: (248) 353-1000<br>F: (248) 617-2318<br>E: tjames@raittlegal.com<br>    braitt@raittlegal.com<br>    crichards@raittlegal.com | **SEWARD HENDERSON PLLC**<br>By:   Kali M. L. Henderson (P76479)<br>         T. Joseph Seward (P35095)<br>*Attorneys for Defendant AEW, only*<br>210 E. 3rd Street, Suite 212<br>Royal Oak, MI 48067<br>P: (248) 733-3580<br>F: (248) 733-3633<br>E: khenderson@sewardhenderson.com<br>    jseward@sewardhenderson.com |

### DEFENDANT ALL ELITE WRESTLING'S NOTICE OF REMOVAL OF ACTION

**ALL ELITE WRESTLING, LLC (AEW),** by and through its attorneys, **SEWARD HENDERSON PLLC,** and in support of their Notice of Removal of Action, states as follows:

1. AEW was served with a copy of the Complaint on June 10, 2025. A copy of the Complaint is attached hereto as Exhibit 1.

2. The rules for determining diversity for an LLC are different than for a corporation. LLCs have the citizenship of its members and sub-members, *Akno 1010 Mkt. St. St. Louis, Missouri LLC v Pourtaghi,* 43 F 4th 624, 627 (6th Cir. 2022). The citizenship of a trust is the citizenship of its trustees, *Navarro Savings Assoc. V. Lee* 446 U.S. 458 (1980).

3. AEW was formed in the state of Delaware and is wholly owned by Beatnik Investments, LLC. The members of Beatnik Investment, LLC are 2 trusts. The citizenship of the trustees are the state of Illinois.

4. That Defendant Jonathan David Good is a citizen of Cincinnati, Ohio. Please see paragraph 3 of the Complaint.

5. That this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441, this action involves parties with a diversity of citizenship.

6. That the amount in controversy exceeds $75,000, Defendant has received a letter claiming a lien in excess of $215,000.

7. Jonathan Good has been served, and concurs in the removal of this matter.

WHEREFORE, the Defendant, **ALL ELITE WRESTLING, LLC,** requests that this action be removed from the Circuit Court for the County of Wayne to the United States District Court for the Eastern District of Michigan, Southern Division.

Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ T. Joseph Seward (P35095)
*Attorneys for Defendant AEW, only*
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067
P: (248) 733-3580
F: (248) 733-3633
E: jseward@sewardhenderson.com

Dated: July 3, 2025

**CERTIFICATE OF SERVICE**

  I hereby certify that on **Thursday, July 3, 2025,** I electronically filed the foregoing document with the Clerk of the Court via the MiFILE system, which will send notice to all parties and attorneys of record.

/s/ Niklas Thomas<br>**SEWARD HENDERSON PLLC**