UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER FRANCIS DISPENSA,

    Plaintiff,

v.

ALL ELITE WRESTLING, a Florida corporation, and JONATHAN DAVID GOOD, a.k.a. "JON MOXLEY", an individual; Jointly and Severally,

    Defendants.

Case No:  2:25-cv-12017

Hon. Matthew F. Leitman

Mag. Judge Kimberly G. Altman

| | |
|---|---|
| RAITT LAW, PLLC<br>Thomas W. James (P68563)<br>Robert M. Raitt (P47017)<br>Attorneys for Plaintiff<br>2000 Town Center, Suite 1300<br>Southfield, Michigan  48075<br>(248) 353-1000<br>tjames@raittlegal.com<br>braitt@raittlegal.com | JACKSON LEWIS P.C.<br>Katherine J. Van Dyke (P62806)<br>Benjamin D. Wu (P85635)<br>Attorneys for Defendant Good<br>2000 Town Center, Suite 1650<br>Southfield, Michigan 48075<br>(248) 936-1900<br>katherine.vandyke@jacksonlewis.com<br>benjamin.wu@jacksonlewis.com<br><br>SEWARD HENDERSON PLLC<br>T. Joseph Seward (P35095)<br>Attorneys for Defendant AEW<br>210 E. 3rd Street, Suite 212<br>Royal Oak, Michigan 48067<br>(248) 733-3580<br>jseward@sewardhenderson.com |

## **ATTORNEY APPEARANCE**

    Please enter the Appearance of Katherine J. Van Dyke of the law firm of

Jackson Lewis P.C., as counsel for Defendant Jonathan David Good in the above-captioned matter.

    Respectfully submitted,

    JACKSON LEWIS P.C.

    /s/ Katherine J. Van Dyke
    Katherine J. Van Dyke (P62806)
    Benjamin D. Wu (P85635)
    Attorneys for Defendant Good
    2000 Town Center, Suite 1650
    Southfield, Michigan 48075
    (248) 936-1900
    katherine.vandyke@jacksonlewis.com
    benjamin.wu@jacksonlewis.com

Dated: July 10, 2025

## CERTIFICATE OF SERVICE

On this day July 10, 2025, the undersigned did cause to be filed the foregoing document with the Court using the CM/ECF system, which will send notice of its filing to all counsel of record.

    /s/ Katherine J. Van Dyke
    Katherine J. Van Dyke