UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHRISTOPHER FRANCIS DISPENSA,

    Plaintiff,

v.

JONATHAN DAVID GOOD,
a/k/a. "JON MOXLEY", et al.,

    Defendants.

Case No 2:25-cv-12017
Hon. Matthew F. Leitman

---

| RAITT LAW, PLLC | JACKSON LEWIS P.C. |
|---|---|
| Thomas W. James (P68563) | Katherine J. Van Dyke (P62806) |
| Robert M. Raitt (P47017) | Benjamin D. Wu (P85635) |
| Attorneys for Plaintiff | Attorneys for Defendant Good |
| 2000 Town Center, Suite 1300 | 2000 Town Center, Suite 1650 |
| Southfield, Michigan 48075 | Southfield, Michigan 48075 |
| (248) 353-1000 | (248) 936-1900 |
| tjames@raittlegal.com | katherine.vandyke@jacksonlewis.com |
| braitt@raittlegal.com | benjamin.wu@jacksonlewis.com |
| | |
| | SEWARD HENDERSON PLLC |
| | T. Joseph Seward (P35095) |
| | Attorneys for Defendant AEW |
| | 210 E. 3rd Street, Suite 212 |
| | Royal Oak, Michigan 48067 |
| | (248) 733-3580 |
| | jseward@sewardhenderson.com |

---

**STIPULATED ORDER EXTENDING DATE FOR DEFENDANT
JONATHAN DAVID GOOD'S FIRST RESPONSIVE PLEADING**

Upon stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant Jonathan David Good is granted an extension until July 24, 2025 to answer or otherwise file his first responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 10, 2025

**It is so stipulated:**

| | |
|---|---|
| /s/ Thomas W. James (w/consent) | /s/ Katherine J. Van Dyke |
| RAITT LAW, PLLC | JACKSON LEWIS P.C. |
| Thomas W. James (P68563) | Katherine J. Van Dyke (P62806) |
| Robert M. Raitt (P47017) | Benjamin D. Wu (P85635) |
| Attorneys for Plaintiff | 2000 Town Center, Ste. 1650 |
| 2000 Town Center, Suite 1300 | Southfield, MI 48075 |
| Southfield, Michigan 48075 | (248) 936-1900 |
| (248) 353-1000 | katherine.vandyke@jacksonlewis.com |
| tjames@raittlegal.com | benjamin.wu@jacksonlewis.com |
| braitt@raittlegal.com | Attorneys for Defendant Good |