UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER FRANCIS DISPENSA,

    Plaintiff,

Case No. 25-cv-12017
Hon. Matthew F. Leitman

v.

JONATHAN DAVID GOOD,
a.k.a. "JON MOXLEY", et al.,

    Defendants.
_____/

## STIPULATED ORDER EXTENDING DATE FOR DEFENDANT ALL ELITE WRESTLING, LLC'S FIRST RESPONSIVE PLEADING

Upon stipulation of the parties, and the Court otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant All Elite Wrestling, LLC, is granted an extension until July 24, 2025, to answer or otherwise file its first responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED.**

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  July 14, 2025

**It is so stipulated:**

/s/ Thomas W. James (w/ consent)
**RAITT LAW, PLLC**
By: Thomas W. James (P68563)
*Attorneys for Plaintiff*
2000 Town Center, Suite 1300
Southfield, MI 48075
P: (248) 353-1000
E: tjames@raittlegal.com

/s/ T. Joseph Seward
**SEWARD HENDERSON PLLC**
By: T. Joseph Seward (P35095)
*Attorneys for Defendant AEW, only*
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067
P: (248) 733-3580
F: (248) 733-3633
E: jseward@sewardhenderson.com

/s/ Benjamin D. Wu (w/ consent)
**JACKSON LEWIS, P.C.**
By: Katherine J. Van Dyke (P62806)
    Benjamin D. Wu (P85635)
*Attorneys for Co-Defendant Good, only*
2000 Town Center, Suite 1650
Southfield, MI 48075
P: (248) 936-1900
E: katherine.vandyke@jacksonlewis.com
    benjamin.wu@jacksonlewis.com