UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHRISTOPHER FRANCIS DISPENSA,**

      Plaintiff,

v.

**JONATHAN DAVID GOOD,**
a.k.a. **"JON MOXLEY"**,
an individual, and **ALL ELITE WRESTLING, LLC,**
a Florida corporation;
jointly and severally,

      Defendants.

Case No. 25-12017
Hon. Matthew F. Leitman
Mag. Judge Kimberly G. Altman

---

### DEFENDANT ALL ELITE WRESTLING, LLC'S MOTION TO SUBMIT DOCUMENTS UNDER SEAL

Now comes the Defendant, **ALL ELITE WRESTLING, LLC, (AEW)** by and through its attorneys, **SEWARD HENDERSON PLLC**, and for its Motion to File Documents Under Seal submits as follows:

1. That on July 8, 2025, this Court entered an order requiring AEW to show cause why this matter should not be remanded to the State Court, [ECF No. 3, Page ID. 45].

2. That as will be further argued in its Response to this Order, AEW will be relying upon the affidavit of Timothy Francis Graham to establish the citizenship of the LLC members and their trustees.

3. That pursuant to E. D. Mich. LR 5.3(b)(3) AEW submits that the attached affidavit should be filed under seal.

4. That the public does not have a compelling reason for the disclosure of this affidavit as it relates to only the ownership of AEW and does not have any other relevance to this litigation.

5. The privacy interest is the names of the trustees and the beneficiaries of Beatnik Investments, LLC.

6. That this affidavit has not been designated confidential under a protective order.

7. That the public has no interest in the disclosure of the names of the trust, beneficiaries, nor the trustees, this information has no impact on the underlying litigation. See *Shane Group, Inc. v. Blue Cross Blue Shield of Michigan,* 825 F.3d 299 (6th Cir. 2016) As the court noted, the public's interest is primarily focused upon the litigation's result as well as the conduct giving rise to the case and its ultimate result.

8. That the corporate structure and ownership of AEW does not impact the litigation's result nor how that result was accomplished.

9. That attached as Exhibit 1 is the unredacted affidavit, which is being submitted under seal pursuant to E. D. Mich. LR 5.3(b)(3)(B)(iii).

10. That the redacted version of the affidavit is attached as Exhibit 2.

2

11. That the undersigned sought the concurrence of counsel for all other parties explaining the nature of the request and its legal basis and all counsel have concurred in the relief requested.

**WHEREFORE,** AEW respectfully requests this Court to accept for filing, under seal, the affidavit of Timothy Francis Graham.

Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ T. Joseph Seward (P35095)
*Attorneys for Defendant AEW, only*
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067
P: (248) 733-3580
F: (248) 733-3633
E: jseward@sewardhenderson.com

Dated: July 22, 2025

UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHRISTOPHER FRANCIS DISPENSA,**  Case No. 25-12017
　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
　　　　　　　　　　　　　　　　　　Mag. Judge Kimberly G. Altman
　　　Plaintiff,
v.

**JONATHAN DAVID GOOD,**
a.k.a. **"JON MOXLEY"**,
an individual, and **ALL ELITE WRESTLING, LLC,**
a Florida corporation;
jointly and severally,

　　　Defendants.

**BRIEF IN SUPPORT OF DEFENDANT ALL ELITE WRESTLING, LLC'S MOTION TO SUBMIT DOCUMENTS UNDER SEAL**

**INDEX OF EXHIBITS**

Exhibits:　　　　　　　　　　Item/Description:

Exhibit 1　　　　　　　　　　Unredacted Affidavit of Timothy Francis Graham
Exhibit 2　　　　　　　　　　Redacted Affidavit of Timothy Francis Graham

#### INTRODUCTION

On July 3, 2025, All Elite Wrestling, LLC, (AEW) filed its Petition for Removal based upon diversity. AEW explained that in determining diversity, the citizenship of an LLC is based upon the members of the LLC. When trusts are the members of an LLC, the citizenship of the trustees are used to determine diversity. See *AKNO 1010 Market Street St. Louis, Missouri, LLC v. Pourtaghi,* 43 F.4th 624 (6th Cir. 2022) and *Navarro Savings Association v. Lee,* 446 U.S. 458, 100S. Ct. 1779, 64 L.Ed 2nd 425 (1980). On July 8, 2025, this Court issued an order requiring AEW to either file an amended notice of removal or to show cause why this matter should not be remanded back to the State Court for the lack of diversity. See PageID.40-45.

In support of its response to the Court's order, AEW will be submitting the affidavit of Timothy Francis Graham to establish that diversity exists in this matter. The affidavit identifies the names of the trust and the trustees. Pursuant to E. D. Mich. LR 5.3, AEW is requesting that this affidavit be sealed.

#### LAW

The Sixth Circuit reiterated that the courts have a strong presumption of openness as to court records and that to seal documents, the moving party must come forward with compelling reasons that justify the non-disclosure of records. See

2

*Shane Group, Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299 (6th Cir. 2016). The reason for this openness is:

> "… the public's interest is focused primarily upon the litigation's result – whether a right does or does not exist, or a statute is or is not constitutional. … the public's interest is focused on not only the result, but also on the conduct giving rise to the case." *Id*. At 305.

## ANALYSIS

The present question before this court is whether diversity exists between the parties. In establishing diversity, AEW submits the affidavit explaining that the hierarchy of the ownership of AEW. The ownership of AEW does not bear upon the ultimate question to be decided in this case, whether Mr. Dispensa is entitled to recover money damages for an incident occurring on May 10, 2023, arising out of an All Elite Wrestling production occurring at Little Caesar's Arena. On the other hand, the interest of keeping ownership private is most important. Recently Microsoft Security published an article regarding the use of artificial intelligence used in fraud attempts and the like, see *Cyber Signals Issue 9: AI-Powered Deception, Emerging Fraud Threats, and Countermeasures*, Microsoft Security Blog (April 16, 2025), https://www.microsoft.com/en-us/security/blog/cyber-signals-issue-9/ (last visited July 18, 2025). In a very recent article in Business Wire, Business Wire summarized a report issued by Proof. In that report, FBI statistics showed internet crime losses reached $16 billion dollars in 2024, noting that the increase in internet crime losses involved artificial intelligence, generative forgeries,

3

document tampering and impersonation. See Business Wire *"Proof Releases 'The Trust Ledger,' Reveals Alarming Rise in AI-Driven Identity Crime"*, https://www.businesswire.com/news/Proof-Releases-The-Trust-Ledger-Reveals-Alarming-Rise-in-AI-Driven-Identity-Crime (last accessed July 18, 2025).

## CONCLUSION

AEW submits that the Court should grant the Motion to Seal the affidavit explaining the organization of the ownership of AEW for the reasons stated above. Significant security concerns arise from publicly filing this organizational information. AEW is concerned about any information being disclosed which could impact the ownership, assets and liabilities of ownership. Furthermore, sealing the affidavit will not impair the reasoning for the public disclosure. This information will not impact the ultimate resolution of this matter or how it resulted. It does not involve constitutional claims nor does it address conduct that is at issue in this matter.

For these reasons, AEW requests that the affidavit to be submitted with its Response to the Order to Show Cause should be sealed.

Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ T. Joseph Seward (P35095)
*Attorneys for Defendant AEW, only*
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067
P: (248) 733-3580
F: (248) 733-3633
E: jseward@sewardhenderson.com

Dated: July 22, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on **Tuesday, July 22, 2025,** I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will send notice to all parties and attorneys of record.

/s/Niklas Thomas
**SEWARD HENDERSON PLLC**

5