# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHRISTOPHER FRANCIS DISPENSA,**  Case No. 25-12017
　　　　　　　　　　　　　　　　　　Hon. Matthew F. Leitman
　　　　　　　　　　　　　　　　　　Mag. Judge Kimberly G. Altman
　　Plaintiff,

v.

**JONATHAN DAVID GOOD,**
a.k.a. **"JON MOXLEY"**,
an individual, and **ALL ELITE WRESTLING, LLC,**
a Florida corporation;
jointly and severally,

　　Defendants.

**REDACTED VERSION OF DOCUMENT TO BE SEALED**

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER FRANCIS DISPENSA,**<br><br>Plaintiff,<br>v.<br><br>**JONATHAN DAVID GOOD,** a.k.a.<br>**"JON MOXLEY",**<br>an individual, and **ALL ELITE WRESTLING, LLC,**<br>a Florida corporation;<br>jointly and severally,<br><br>Defendants. | Case No. 25-12017<br>Hon. Matthew F. Leitman<br>Mag. Judge Kimberly G. Altman |

### AFFIDAVIT

I, Timothy Francis Graham, in my capacity as the duly appointed general counsel of each of (a) Beatnik Investments, LLC, ("Beatnik") ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and not in my personal capacity, being first duly sworn, depose and say as follows:

1. If sworn as a witness, I can testify competently to the facts contained herein.

2

2. All Elite Wrestling, LLC was formed in the State of Delaware and its members consists of Beatnik, Trust A and Trust B.

3. Beatnik is a limited liability company organized and subsisting under the laws of the state of Florida.

4. Beatnik's members are Trust A and Trust B and their respective citizenships are as follows:



1384-1114-7032, v. 1

3



Further I sayeth not.

*[Intentionally left blank; signature page follows.]*

4

SWORN BEFORE ME at the City of Windsor, in the County of Essex on 22 July 2025.

_____
Commissioner For Taking Affidavits

Doreen Ethel Snelling Barrister, Solicitor & Notary Public
In and for the Province of Ontario
Law Society of Ontario No.51695E
My Commission is for life

_____
**TIMOTHY FRANCIS GRAHAM**

1384-1114-7032, v. 1