UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**Christopher Francis Dispensa**,

                Plaintiff(s),

v.

**All Elite Wrestling, LLC, et. al.**

                Defendant(s).
_____/

Case No. 25-12017

HONORABLE Matthew F. Leitman

Mag. Judge Kimberly G. Altman

## STATEMENT OF DISCLOSURE OF CITIZENSHIP AND FINANCIAL AFFILIATIONS

Pursuant to E.D. Mich. LR 83.4:

____**All Elite Wrestling, LLC**_____ (party name),

who is a (check one) ☐ PLAINTIFF ☒ DEFENDANT ☐ OTHER: _____ makes the following disclosure:[1]

### PART I – CITIZENSHIP

☒ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

☐ This party is a corporation incorporated in the State of _____ and with a principal place of business in the State of _____.

☒ This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

Defendant All Elite Wrestling, LLC is a limited liability company. Its sole member is Beatnik Investments, LLC. Beatnik Investments, LLC's members are trusts whose citizenship is in the State of Illinois.

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

_____

_____

_____

## PART II – FINANCIAL AFFILIATIONS

☒ None of the entries below applies to this party.
☐ This party has one or more parent entities.
    If so, identify all parent entities.

_____

_____

_____

☐ This party has one or more subsidiaries.
    If so, identify all subsidiaries.

_____

_____

_____

☐ This party has one or more affiliates.
    If so, identify all affiliates.

_____

_____

_____

☐ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.
    If so, identify all such owners.

_____

_____

_____

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.
    If so, identify each such entity's financial interest in the litigation.

_____

_____

MIED (11/23) Statement of Disclosure of Citizenship and Financial Affiliations

Signature: *[signature]*
Printed Name: T. Joseph Seward
Bar Number: P35095
Firm Name: Seward Henderson PLLC
Address: 210 E. 3rd Street, Suite 212
City, State, Zip Code: Royal Oak, MI 48067
Phone/Fax: P: (248) 733-3580 F: (248) 733-3633
Email Address: jseward@sewardhenderson.com

Date: July 23, 2025