UNITED STATES DISTRICT COURT
EASTEN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**CHRISTOPHER FRANCIS DISPENSA,**   Case No. 25-12017
Hon. Matthew F. Leitman
Mag. Judge Kimberly G. Altman

Plaintiff,

v.

**JONATHAN DAVID GOOD,**
a.k.a. **"JON MOXLEY"**,
an individual, and **ALL ELITE WRESTLING, LLC,**
a Florida corporation;
jointly and severally,

Defendants.

---

### DEFENDANT ALL ELITE WRESTLING, LLC'S NOTICE OF NOT FILING UNREDACTED GRAHAM AFFIDAVIT

NOW COMES **ALL ELITE WRESTLING, LLC,** by and through its attorneys, **SEWARD HENDERSON PLLC,** and hereby gives notice to the Court and all parties that it will not be filing an unredacted version of the Graham affidavit.

Respectfully submitted,

**SEWARD HENDERSON PLLC**

/s/ T. Joseph Seward (P35095)
*Attorneys for Defendant AEW, only*
210 E. 3rd Street, Suite 212
Royal Oak, MI 48067
P: (248) 733-3580
F: (248) 733-3633
Dated: August 4, 2025          E: jseward@sewardhenderson.com

2

## CERTIFICATE OF SERVICE

    I hereby certify that on **Monday, August 4, 2025,** I electronically filed the foregoing document with the Clerk of the Court via the CM/ECF system, which will send notice to all parties and attorneys of record.

/s/ Niklas Thomas
**SEWARD HENDERSON PLLC**
