UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER FRANCIS DISPENSA,

    Plaintiff,

v.

                        Case No. 25-cv-12017
                        Hon. Matthew F. Leitman

JONATHAN DAVID GOOD, *et al.*,

    Defendants.
_____/

## ORDER REMANDING ACTION TO WAYNE COUNTY CIRCUIT COURT

This action arises out of an alleged assault against Plaintiff Christopher Francis Dispensa during a performance at Little Caesar's Arena in Detroit, Michigan. (*See* Compl., ECF No. 1.) Dispensa originally filed this action against Defendants Jonathan David Good and All Elite Wrestling ("AEW") in the Wayne County Circuit Court. (*See id.*) AEW thereafter removed the action to this Court, citing its diversity jurisdiction over the claims under 28 U.S.C. § 1332. (*See* Notice of Removal, ECF No. 1.)

AEW is a limited liability company wholly owned by a second limited liability company, whose members are two trusts. Accordingly, as the Court has explained in previous orders, in order to carry its burden of establishing this Court's subject-matter jurisdiction, AEW had to provide the Court with the identity of the trustees and trust beneficiaries. (*See* Order to Show Cause, ECF No. 3; Order Denying Mot.

to Seal, ECF No. 14.)  AEW declined to file that information on the public docket. (*See* Notice, ECF No. 15.)  Accordingly, AEW has failed to carry its burden of showing that the Court has subject-matter jurisdiction over this action.  Therefore, **IT IS HEREBY ORDERED** that the action is **REMANDED** to the Wayne County Circuit Court.

      **IT IS SO ORDERED.**

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  August 5, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 5, 2025, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126