UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Christopher Francis Dispensa,

                          Plaintiff(s),

v.

Jonathan David Good, et al.,

                          Defendant(s),

DISPENSA, CHRISTOPHER FRANCIS v AL
Hon. Catherine L. Heise    05/30/2025

25-008288-NO

FILED
AUG 26 2025
CLERK'S OFFICE
DETROIT

**NOTICE OF REMAND**

TO: WAYNE COUNTY CIRCUIT COURT

    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time-stamped copy of this Notice to:

        Clerk's Office
        U.S. District Court for the Eastern District of Michigan
        231 W. Lafayette Boulevard, 5th Floor
        Detroit, Michigan 48226
        (313) 234-5005

**Certificate of Service**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/Tracy A Thompson
                                             Deputy Clerk

Dated: August 5, 2025

AUG    2025

**CATHY M. GARRETT**
WAYNE COUNTY CLERK
C.A. YOUNG MUNICIPAL CENTER
2 WOODWARD AVE. ROOM 201
DETROIT, MICHIGAN 48226



RECEIVED
AUG 26 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
21 AUG 2025 PM 15 L

Clerk's Office
U.S. District Court for the Eastern District of Michigan
231 W. Lafayette Boulevard, 5th Floor
Detroit, MI 48226

48226-277758